**APPROVED 11/18/25**
**/S/ Matthew J. Maddox**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Marshall McClain, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Aargon Agency, Inc.,<br><br>Defendant. | CIVIL ACTION FILE NO. 1:25-cv-00481-MJM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED this November 12, 2025.

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorneys for Plaintiff*

*/s/ Ronald S. Canter*
Ronald S. Canter, Esquire, #01024
The Law Offices of Ronald S. Canter, LLC
2200 Research Blvd., Suite 560
Rockville, Maryland 20850-4424
301.424.7490 (telephone) | 301.424.7470 (facsimile)
rcanter@roncanterllc.com (email)
*Attorney for Defendant*